Plaintiff AJAY JAIN
Telephone: (408) 839-7000
ajain4131@gmail.com

Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Ste. 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys For Defendant TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY JAIN, an individual,<br><br>                Plaintiff,<br>  v.<br><br>TESLA, INC., a Delaware corporation; and DOES 1-50,<br><br>                Defendants. | CASE NO. 5:22-cv-3077-NC<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Nathanael M. Cousins |

Pursuant to the Court's Order on March 18, 2024 (ECF Dkt 72), Plaintiff Ajay Jain ("Jain") and Defendant Tesla, Inc. ("Tesla") (collectively, the "Parties") hereby submit the following Joint Status Report:

The Parties have been informed that a punishment hearing was completed in the *State of Texas v. Cole Alan Pravda*, Case No. 177093201010-3. Since the last status report, counsel for Tesla has obtained a copy of the transcript from the August 29, 2023 sentencing hearing, which was shared with Plaintiff today. The transcript provides additional information regarding the restitution owed to Plaintiff. Per the documentation received by counsel for Tesla, Pravda was ordered to pay restitution in the amount of $289,051.00, and the Court ordered that civilian victims shall be paid in full first. Counsel for Tesla has continued to follow up with the Harris

1 County Assistant District Attorney's office, and the victim assistance coordinators to obtain
2 additional information regarding the status of restitution.

3     The Parties have also met and conferred and Plaintiff has indicated that he has received
4 restitution payments totaling approximately $4,000.00 to date in monthly installments from
5 October 2023 to January 2024. The restitution payments for the months of Feb-April, 2024 have
6 not been received yet by Mr. Jain.

7     The transcript proscribes a different amount of restitution to Mr. Jain depending on
8 whether Mr. Jain returns the vehicle to Tesla or not.  The Parties are currently discussing whether
9 Mr. Jain intends to return the vehicle or keep the vehicle and will continue to meet and confer
10 regarding the same.

11     The Parties will continue to follow up with the Harris County Assistant District Attorney's
12 office and the probation officer assigned to Cole Alan Pravda regarding the status of restitution.

13     The Parties will continue to meet and confer regarding the next steps, including the
14 possibility of completing a mediation and/or a  settlement conference and/or continuing with
15 litigation.

16     The Parties will update and notify this Court with the details regarding the status of
17 restitution as soon as they are in receipt of same. The Parties hope to have an update within the
18 next 45days.

                              Respectfully Submitted,

Date: April 17, 2024

                              By:  __/s/ Ajay Jain__
                                  AJAY JAIN

Date: April 17, 2024           THETA LAW FIRM, LLP


                              By:  __/s/ Mehgan Gallagher__
                                  Soheyl Tahsildoost, Esq.
                                  Mehgan Gallagher, Esq.
                                  Attorneys for Defendant
                                  TESLA, INC.