UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY JAIN,<br><br>        Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>        Defendant. | Case No. 22-cv-03077 NC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |

As this case has settled (Dkt. No. 93), Plaintiff Ajay Jain's motion to voluntarily dismiss is GRANTED. The Court dismisses the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each side is responsible for paying its own fees and costs of the suit. As agreed by the parties at the hearing on October 9, 2024, the Court expressly retains jurisdiction to enforce the settlement agreement of the parties. The Court will enter Judgment separately and the Clerk of Court is requested to terminate this case.

**IT IS SO ORDERED.**

Dated: October 18, 2024

                                                      NATHANAEL M. COUSINS
                                                      United States Magistrate Judge